# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| JOYCE TIBBS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: |
| | )   JUDGE |
| TARGET CORPORATION, | ) |
| | ) |
|     Defendant. | ) |

## EXHIBIT 1


# CT Corporation

**Service of Process Transmittal**
06/03/2019
CT Log Number 535593002

**TO:** Sue Carlson
Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

**RE:** **Process Served in Tennessee**

**FOR:** Target Corporation (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | JOYCE TIBBS, PLTF. vs. TARGET CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT |
| **COURT/AGENCY:** | Williamson County Circuit Court, TN<br>Case # 2019288 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - 06/13/2018 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 06/03/2019 postmarked on 05/13/2019 |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Burke Keaty<br>Morgan & Morgan - Nashville, PLLC<br>810 Broadway, Suite 105<br>Nashville, TN 37203<br>615-490-0944 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/03/2019, Expected Purge Date: 06/08/2019<br><br>Image SOP<br><br>Email Notification, Non Employee Litigation Target gl.legal@target.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 300 Montvue RD<br>Knoxville, TN 37919-5546 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / RK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.





[ **MORGAN & MORGAN** ]
FOR**THEPEOPLE**.COM

810 Broadway, Suite 105 • Nashville, TN 37203

Target Corporation
c/o Registered Agent CT Corporation Systems
300 Montvue Rd
Knoxville, TN 37919-5546

SERVICE

| Williamson County Circuit Court | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 2019-288 |
|---|---|---|
| Joyce Tibbs | vs. | Target Corporation |

COPY

**Served On:**
**Target Corporation**   c/o Reigstered Agent CT Corporation System, via Certified Mail: 300 Montvue Road, Knoxville, Tennessee 37919-5546

You are hereby summoned to defend a civil action filed against you in Circuit Court, Williamson County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: __May 30, 2019__          _Carolyn Plutt DC_
                                   Clerk / Deputy Clerk

Attorney for Plaintiff: Burke Keaty, Morgan & Morgan-Nashville

810 Broadway, Suite 105, Nashville, TN 37203

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____          _____
                              Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____          By: _____
                                  Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____          _____
                              Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff          Plaintiff's Attorney (or Person Authorized to Serve Process)
                                (Attach return receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.

Rev. 03/11

Case 3:19-cv-00559   Document 1-1   Filed 07/02/19   Page 4 of 7 PageID #: 7

IN THE CIRCUIT COURT OF WILLIAMSON COUNTY, TENNESSEE

| | |
|---|---|
| JOYCE TIBBS, | |
| Plaintiff, | Docket No. |
| v. | **2019-288** |
| TARGET CORPORATION, | |
| Defendant. | |

## COMPLAINT

Plaintiff states:

1. Plaintiff Joyce Tibbs is a citizen and resident of Williamson County, Tennessee.

2. Defendant Target Corporation is a for-profit corporation, with a principal place of business located at 1000 Nicollet Mall, Minneapolis, Minnesota, 55403-2542, doing business in Tennessee, and can be served through its registered agent, CT Corporation System, 300 Montvue Road, Knoxville, Tennessee, 37919-5546.

3. At all times relevant to the matters alleged herein, Defendant Target Corporation owned, operated, or both, the store located at 3064 Columbia Avenue, Franklin, Tennessee, 37064 (hereafter the "Defendant's Store").

4. At all times relevant to the matters alleged herein, Defendant Target Corporation was responsible for maintaining Defendant's Store.

5. At all times relevant to the matters alleged herein, the individuals who maintained Defendant's Store were employees, agents, or both, of Defendant Target Corporation.

6. At all times relevant to the matters alleged herein, Defendant's Store was in an unreasonably dangerous and unsafe condition.

7. At all times relevant to the matters alleged herein, the unreasonably dangerous and unsafe condition at Defendant's Store was caused by the negligent maintenance of Defendant Target Corporation, acting through its employees, agents, or both.

8. On June 13, 2018, Plaintiff Joyce Tibbs slipped and fell due to a wet substance on the floor of Defendant's store, suffering injuries.

9. Defendant Target Corporation, through its employees, agents, or both, negligently failed to maintain Defendant's Store in a reasonably safe condition.

10. Defendant Target Corporation, through its employees, agents, or both, negligently allowed a dangerous and unsafe condition to exist at Defendant's Store when Defendant Target Corporation knew, or in the exercise of reasonable care should have known, that the wet substance created an unreasonable risk of harm to those at Defendant's Store.

11. Defendant Target Corporation, through its employees, agents, or both, negligently created the dangerous and unsafe condition at Defendant's Store that caused Plaintiff Joyce Tibbs to be injured.

12. Defendant Target Corporation, through its employees, agents, or both, negligently failed to remedy the dangerous and unsafe condition at Defendant's Store that caused Plaintiff Joyce Tibbs to be injured.

13. Defendant Target Corporation, through its employees, agents, or both, negligently failed to warn Plaintiff Joyce Tibbs of the dangerous and unsafe condition at Defendant's Store.

14. Defendant Target Corporation, through its employees, agents, or both, negligently failed to otherwise exercise reasonable care with respect to the matters alleged herein.

15. Plaintiff Joyce Tibbs has suffered injuries as a direct and proximate result of Defendant Target Corporation's negligence.

16. Plaintiff Joyce Tibbs has incurred medical bills and other expenses as a direct and proximate result of Defendant Target Corporation's negligence.

17. Plaintiff Joyce Tibbs has endured physical pain and mental suffering as a direct and proximate result of Defendant Target Corporation's negligence.

18. Plaintiff Joyce Tibbs has suffered loss of enjoyment of life as a direct and proximate result of Defendant Target Corporation's negligence.

19. Plaintiff Joyce Tibbs has suffered lost wages, loss of earning capacity, or other out of pocket expenses, or some combination thereof, as a direct and proximate result of Defendant Target Corporation's negligence.

20. Plaintiff Joyce Tibbs seeks to recover for all of her damages allowed under Tennessee law.

WHEREFORE, Plaintiff Joyce Tibbs prays for the following relief:

1. A judgment for compensatory damages against Defendant Target Corporation in an amount to be determined by the trier of fact, but in excess of $25,000;

2. An award of all discretionary costs and court costs; and

3. Such other and further relief as shall be deemed reasonable, just, and necessary.

Respectfully submitted,

Burke Keaty, BPR#027342
MORGAN & MORGAN – NASHVILLE, PLLC
810 Broadway, Suite 105
Nashville, TN 37203
615-490-0944
bkeaty@forthepeople.com